FILED
NOV 1 0 2021
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCESCA JO RYAN (1),<br>DAVID ALVARADO-RIOS (2),<br><br>Defendants. | § § § § § § § § § § § § § § | NO. P-21-CR-P21CR 997<br><br>INDICTMENT<br><br>[Count One: 8 U.S.C. § 1324(a)(1)(A)(v)(I) &(B)(i),<br>Conspiracy to Transport Illegal Aliens]<br>[Count Two: 8 U.S.C. § 1324(a)(1)(A)(v)(II) &<br>(B)(ii) Transportation of Illegal Aliens, Aiding and<br>Abetting] |

THE GRAND JURY CHARGES:

## COUNT ONE
[8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i)]

On or about October 25, 2021, in the Western District of Texas, the Defendants,

**FRANCESCA JO RYAN, (1),**
**DAVID ALVARADO-RIOS, (2),**

did knowingly and intentionally combine, conspire, confederate, and agree with others known and unknown to the Grand Jury, to commit the following offense against the United States: to transport and move, and attempt to transport and move, by means of transportation or otherwise, certain aliens who had entered and remained in the United States in violation of law, knowing and in reckless disregard of the fact that said aliens had come to, entered, and remained in the United States in violation of law, and in furtherance of such violation of law.

A violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) & (B)(i).

## COUNT TWO
### [8 U.S.C. § 1324(a)(1)(A)(v)(II) & (B)(ii)]

That on or about October 25, 2021, in the Western District of Texas, the Defendants,

**FRANCESCA JO RYAN, (1),**
**DAVID ALVARADO-RIOS, (2),**

aiding and abetting one another, did knowing and in reckless disregard of the fact that certain aliens had come to, entered, and remained in the United States in violation of law, and with the intent to further the alien's unlawful presence in the United States, did transport and move, and attempted to transport and move said aliens, by means of transportation or otherwise in furtherance of such violation of law.

A violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(II) & (B)(ii).

A TRUE BILL. signed by the
foreperson of the Grand Jury
_____
FOREPERSON OF THE GRAND JURY

ASHLEY C. HOFF
UNITED STATES ATTORNEY

BY: _____
ANDREW C. WEBER
ASSISTANT UNITED STATES ATTORNEY