IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | P-21-CR-997 |
| FRANCESCA JO RYAN, Defendant. | § § § | |

### VERDICT FORM

Answer "not guilty" or "guilty."

**COUNT ONE**

We the Jury find that Defendant FRANCESCA JO RYAN is __Guilty__
Not Guilty/Guilty

of the offense charged in Count One of the Indictment.

**COUNT TWO**

We the Jury find that Defendant FRANCESCA JO RYAN is __Guilty__
Not Guilty/Guilty

of the offense charged in Count Two of the Indictment.

1-26-2022
DATE

Original Signed
By Jury Foreperson

JURY FOREPERSON